# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Mayra Alejandra Sereno-Loza**; DOB: 1993; United States | DOCKET NO **22-08709MJ**<br><br>MAGISTRATE'S CASE NO. |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about July 27, 2022, in the District of Arizona, **Mayra Alejandra Sereno-Loza,** knowing or in reckless disregard that certain aliens, including Adolfo Miguel-Lorenzo and Atain Morales-Hernandez, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about July 27, 2022, in the District of Arizona (Willcox), a United States Border Patrol Agent (BPA) observed a 2007 Lincoln MKX traveling westbound on Interstate 10 (I-10) with four people sitting in the rear of the vehicle squished together. The BPA noticed a temporary tag on the vehicle and ran records checks. While awaiting returns the vehicle slowed down to ten mph under the speed limit. The BPA noticed the occupants moving around in the backseat and continually looking in his direction. The BPA conducted a vehicle stop and identified the driver as **Mayra Alejandra Sereno-Loza**. The BPA asked **Sereno** where she was headed and she stated Phoenix, Arizona. The BPA noticed several people in muddy camouflage clothing. The BPA asked **Sereno** who the other people in the vehicle were. **Sereno** replied that they were just some people that she picked up. The five passengers including Adolfo Miguel-Lorenzo and Atain Morales-Hernandez were determined to be Mexican citizens illegally present in the United States.

Records checks revealed that Adolfo Miguel-Lorenzo and Atain Morales-Hernandez did not have the proper immigration documentation to enter or remain in the U.S. legally. Material witnesses Miguel-Lorenzo and Morales-Hernandez said they had arranged to be smuggled into the United States for money. Miguel said that he crossed the International Boundary Fence (IBF) with a group and used a map provided to him to walk to a load up location. Miguel said a vehicle arrived and five people including himself entered the vehicle. Morales said that he crossed the IBF and followed a foot guide to a paved road. Morales said that once they got to the road he was eventually picked up by a vehicle. Morales stated that five people including himself got into the vehicle and the guide returned to Mexico.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Adolfo Miguel-Lorenzo and Atain Morales-Hernandez

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA HNS/lh<br><br>Sworn by telephone  x | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1]<br><br>[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54 | DATE<br>July 28, 2022 |